# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

Filed: July 30, 2026

| | | |
|---|---|---|
| COLIN WATTERS & KELLY RYAN WATTERS, *parents of* F.R.W., *deceased*, | * | No. 25-251V |
| Petitioner, | * | Special Master Young |
| v. | * | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * | |
| Respondent. | * | |

*Jessica E. Choper*, Britcher Leone & Sergio, L.L.C., Glen Rock, NJ, for Petitioner.
*Mary Eileen Holmes*, U.S. Department of Justice, Washington, DC, for Respondent.

## ORDER CONCLUDING PROCEEDINGS[1]

On February 13, 2025, Colin Watters and Kelly Ryan Waters ("Petitioners") filed a petition pursuant to the National Vaccine Injury Compensation Program[2] on behalf of the estate of their deceased minor son, F.R.W. Pet., ECF No. 1. Petitioners alleged that as a result of receiving measles, mumps, and rubella ("MMR") and pneumococcal conjugate ("PCV-13") vaccines on February 15, 2023, F.R.W. suffered an "Injury Related To . . . Vaccine Administration, leading to [his] death . . . on February 16, 2023." *Id.* at 1.

On July 28, 2026, Petitioners filed a status report indicating they have decided to withdraw their petition. ECF No. 29 at 1. The status report also indicated Petitioners would not be pursuing a civil action against a vaccine manufacturer or administrator upon exiting the National Vaccine Injury Compensation Program. *Id.* at 2. Petitioners indicated a joint stipulation to voluntarily

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioners have 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] The Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-10 et seq. (hereinafter "Vaccine Act," "the Act," or "the Program"). Hereafter, individual section references will be to 42 U.S.C. § 300aa of the Act.

dismiss the petition would be filed soon. *Id.* On July 30, 2026, Petitioners filed a joint stipulation of dismissal. ECF No. 30. The parties stipulated, pursuant to Vaccine Rule 21(a), that this action shall be dismissed. *Id.* at 1.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

/s/ Herbrina D. S. Young
Herbrina D. S. Young
Special Master